```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 07 B 08591
   SAM C NELSON
                                                CHAPTER 13

                                                JUDGE: JACQUELINE P COX

        Debtor
  SSN XXX-XX-4779


------------------------------------------------------------------------------
                  TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/10/2007 and was not confirmed.

     The case was dismissed without confirmation 08/27/2007.
------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT     INTEREST     PRINCIPAL
                                                             PAID         PAID
------------------------------------------------------------------------------
CITY OF MARKHAM            SECURED            1000.00          .00        48.00
COUNTRYWIDE HOME LOANS I   CURRENT MORTG         .00           .00          .00
COUNTRYWIDE HOME LOANS     MORTGAGE ARRE         .00           .00          .00
WELLS FARGO FINANCIAL IN   SECURED VEHIC   10025.00            .00       627.00
WELLS FARGO FINANCIAL IN   UNSECURED        9906.88            .00          .00
COMMONWEALTH EDISON        UNSECURED       NOT FILED           .00          .00
ILL STDNT AS               UNSECURED       NOT FILED           .00          .00
ILLINOIS TITLE LOANS       UNSECURED         1549.92           .00          .00
RESURGENT CAPITAL SERVIC   UNSECURED       NOT FILED           .00          .00
NICOR GAS                  UNSECURED       NOT FILED           .00          .00
PREMIER BANKCARD           UNSECURED       NOT FILED           .00          .00
NELLA E MARIANI            DEBTOR ATTY      3,500.00                     245.76
TOM VAUGHN                 TRUSTEE                                        64.63
DEBTOR REFUND              REFUND                                           .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                      RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------------
TRUSTEE                 985.39

PRIORITY                                              .00
SECURED                                            675.00
UNSECURED                                             .00
ADMINISTRATIVE                                     245.76
TRUSTEE COMPENSATION                                64.63
DEBTOR REFUND                                         .00
                    -------------          -------------
TOTALS                  985.39                     985.39
```

            PAGE  1 - CONTINUED ON NEXT PAGE
    CASE NO. 07 B 08591 SAM C NELSON

Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

Dated: 12/03/07

/s/ Tom Vaughn
_____
TOM VAUGHN
CHAPTER 13 TRUSTEE